IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. FAUZIA KHAN,<br>    Plaintiff,<br><br>v.<br><br>COUNTY OF COOK, d/b/a JOHN H. STROGER, JR., HOSPITAL OF COOK COUNTY, DR. JORELLE ALEXANDER, and DR. KAHINA CALDWELL,<br>    Defendants. | No. 1:22-cv-4406<br><br>Hon. Franklin U. Valderrama |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

  Defendants Cook County, Dr. Jorelle Alexander, and Dr. Kahina King (formerly Caldwell), move for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum of Law.

                Respectfully submitted,

                **COOK COUNTY, JORELLE ALEXANDER,
and KAHINA KING, Defendants.**

                By: /s/ William R. Pokorny
                  One of the Defendants' Attorneys

William R. Pokorny (ARDC #6275705)
Eliza B. Kaye (ARDC #6341888)
Franczek P.C.
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
312-986-0300
wrp@franczek.com
ebk@franczek.com
*By appointment as Special State's Attorneys*
Dated:  August 2, 2023